IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| BOBBY GINNS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CASE NO. 2:17-CV-861-WKW |
|  | ) | [WO] |
| ANGIE BAGGETT, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

## **ORDER**

On March 29, 2018, the Magistrate Judge filed a Recommendation (Doc. # 18) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 18) is ADOPTED;

2. Plaintiff's Motion to Dismiss Without Prejudice (Doc. # 17) is GRANTED;

3. This case is DISMISSED without prejudice as moot; and

4. No costs are taxed herein.

A final judgment will be entered separately.

DONE this 10th day of May, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE